[No. 11358-2-III.   Division Three.   May 6, 1993.]

*In the Matter of* INFANT M.A.M.

CAROLINA MONTEJANO, *Appellant*, v. DANIEL MONTEJANO, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Adams County, No. 90-5-00018-9, Richard W. Miller, J., entered April 29, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 14239-2-II.   Division Two.   May 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WALTER LAYTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-1-00065-5, Grant S. Meiner, J., entered September 7, 1990. *Affirmed* by unpublished opinion per Doran, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 15647-4-II.   Division Two.   May 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MAXIMO AGATON-RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00586-6, Milton R. Cox, J., entered December 19, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Morgan, JJ.

[No. 15721-7-II.   Division Two.   May 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD RICHARD STANGE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00624-2, James Warme, J., entered December 17, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.